JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FNBN-RESCON, LLC, | Case No.: 13-cv-0474  DOC (RNBx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CRAFTSMEN HOMES, LLC; SWEETWATER HOLDINGS INC.; SCOTT SHADDIX, | |
| Defendants. | |

    A jury trial was held in this matter between December 7, 2015 and December 14, 2015. On December 14, 2015 the jury returned the Verdict Form. By virtue of and based upon the findings of the jury set forth in the Verdict Form. The jury returned a verdict awarding nothing to Plaintiff FNBN-Rescon I, LLC on its claims for relief against Defendants Craftsmen Homes, LLC, Sweetwater Holdings Inc., and Scott Shaddix for breach of their respective guarantys.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that in this civil action, Plaintiff FNBN Rescon I LLC shall take nothing as to Rescon's claims against Defendants Craftsmen Homes, LLC, Sweetwater Holdings Inc., and Scott Shaddix.

*David O. Carter*
_____
Hon. David O. Carter
United States District Court Judge

Dated:  January 8, 2016

- 2 -

JUDGMENT